IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ETTER, individually and as the representative of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 17-00184 WHA<br><br>**ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE** |

Pursuant to defendants' letter of February 20, 2018, the Court **SETS** a two-hour meet-and-confer to commence from **9:00 A.M. AND CONTINUING TO 11:00 A.M. ON MONDAY, FEBRUARY 26** in the Court's jury room on the nineteenth floor of the federal courthouse. **AT 11:00 A.M.**, the Court shall hear any remaining issue(s) in Courtroom No. 12. Plaintiff's response is due by 9:00 a.m. on February 23.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing. Please buzz chambers to be let into the jury room.

**IT IS SO ORDERED.**

Dated: February 21, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE