IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ETTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | No. C 17-00184 WHA<br><br>**ORDER TO SHOW CAUSE** |

A prior order dated February 28 stayed plaintiff's motion to quash (Dkt. No. 98) pending plaintiff's production of call records, which production should have been completed by March 12 (Dkt. No. 114). Plaintiff is **ORDERED** to **SHOW CAUSE** in writing by **MARCH 30 AT NOON** why the motion to quash should not be denied.

**IT IS SO ORDERED.**

Dated: March 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE