ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

Local Counsel for Plaintiff and the Proposed Class

BRIAN J. WANCA
RYAN M. KELLY
ROSS M. GOOD
ANDERSON & WANCA
3701 Algonquin Road, Ste 500
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ETTER, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:17-cv-00184-WHA<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Complaint filed: January 13, 2017<br>Courtroom: 8, 19th Floor<br>District Judge: Hon. William H. Alsup<br>Trial date: June 4, 2018 |

Plaintiff, John C. Etter, hereby responds to this Court's Order to Show Cause (Dkt. No. 116) as follows:

1. Pursuant to this Court's order of February 28, 2018 (Dkt. No. 114), On March 12, 2018, Plaintiff produced all recorded calls from January 2016 to October 10, 2016, except for those calls subject to attorney-client privilege for which Plaintiff provided the requisite privilege log.

2. As Plaintiff has complied with the Court's order and produced said records, Plaintiff believes that the third-party subpoena for records served by Allstate on SITA Laboratories dba Callcap should be withdrawn and Plaintiff's Motion to Quash Allstate's Subpoena to Callcap (Dkt. No. 98) then be denied as moot.

Dated: March 29, 2018

**ANDERSON + WANCA**

*/s/ Ryan M. Kelly*
RYAN M. KELLY (*admitted pro hac vice*)
BRIAN J. WANCA
ROSS M. GOOD
Attorneys for Plaintiff, JOHN C. ETTER

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847)368-1500