IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ETTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | No. C 17-00184 WHA<br><br>**ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

    Plaintiff shall please advise the Court in writing by **TOMORROW AT NOON** whether or not his Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 131) will be opposed.

**IT IS SO ORDERED.**

Dated: May 17, 2018.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE