IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN C. ETTER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, *et al.*,

Defendants.

No. C 17-00184 WHA

**ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Both sides in this civil action have filed administrative motions to file under seal, in connection with plaintiff John C. Etter's motion for class certification, limited portions of both parties' expert reports and certain exhibits in their entirety. Because the underlying motion for class certification was more than tangentially related to the merits of the case, compelling reasons are required to warrant sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). This order resolves both administrative motions.

Defendants Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Northbrook Indemnity Company, and Allstate Insurance Company of California (collectively, "Allstate") move to file Exhibit 5 to Vickie E. Turner's declaration entirely under seal and limited portions of Sonya Kwon's expert report pursuant to defendant Louis Odiase's confidentiality designations (Dkt. No. 63). Odiase's

supporting declaration explains that Exhibit 5 reflects Odiase's customer list and contain personal information of third parties and the redacted portions of Sonya Kwon's expert report contain specific references to the information in Exhibit 5 (Dkt. No. 65 ¶ 3–4). Compelling reasons having been shown, Allstate's administration motion is **GRANTED**.

Etter moves to file Exhibit 1 to Robert Biggerstaff's opening expert report and Exhibits 1–6 to Robert Biggerstaff's rebuttal expert report entirely under seal and limited portions of Robert Biggerstaff's rebuttal expert report pursuant to Odiase's confidentiality designations (Dkt. No. 66). Odiase's supporting declaration explains that Exhibit 1 to Biggerstaff's opening report and Exhibits 1–6 to Biggerstaff's rebuttal report include personal information of third parties and Odiase's proprietary business practices (Dkt. No. 68 ¶ 3). The limited redacted portions to Biggerstaff's rebuttal report similarly contain fax numbers of third parties. Compelling reasons having been shown, Etter's administration motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 10, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE