IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN C. ETTER, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

ALLSTATE INSURANCE COMPANY, *et al.*,

    Defendants.

No. C 17-00184 WHA

**ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiff John C. Etter filed an administrative motion to file under seal in connection with his response to defendant Allstate's opposition to distribution of class notice Exhibits B, C, and D pursuant to defendant Louis Odiase's confidentiality designations (Dkt. No. 96). Odiase, however, has failed to submit his supporting declaration required by Local Rule 79-5(e). Accordingly, the administrative motion is **DENIED**. Etter shall file unredacted versions of Exhibits B, C, and D by **OCTOBER 19 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 10, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE