1  SCHUBERT JONCKHEER & KOLBE LLP
   ROBERT C. SCHUBERT (62684)
2  WILLEM F. JONCKHEER (178748)
   Three Embarcadero Center, Suite 1650
3  San Francisco, CA 94111
   Email:  rschubert@sjk.law
4  Email:  wjonckheer@sjk.law
   *Local Counsel*

5

6  ANDERSON & WANCA
   BRIAN J. WANCA *(pro hac vice)*
   RYAN M. KELLY *(pro hac vice)*
7  3701 Algonquin Road, Suite 500
   Rolling Meadows, IL 60008
8  Email:  bwanca@andersonwanca.com
   Email:  rkelley@andersonwanca.com
9  *Lead Class Counsel*

10

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  JOHN C. ETTER, individually and as the          Case No. 17-CV-00184-WHA
    representative of a certified class,
15                                                   **PLAINTIFF'S STATUS REPORT**
              Plaintiff,                             **ON DISTRIBUTION OF FUNDS**
16                                                   **TO THE CLASS**
         v.
17
    ALLSTATE INSURANCE COMPANY,
18  ALLSTATE INDEMNITY COMPANY,
    ALLSTATE PROPERTY AND                            Dist. Judge: Hon. William H. Alsup
19  CASUALTY INSURANCE COMPANY,
    ALLSTATE NORTH BROOK
20  INDEMNITY COMPANY, ALLSTATE
    INSURANCE COMPANY OF
21  CALIFORNIA, LOUIS ODIASE and
    JOHN DOES 1-5,
22
              Defendants.
23

24

25

26

27

28

PLAINTIFF'S STATUS REPORT ON DISTRIBUTION OF FUNDS TO THE CLASS

Plaintiff JOHN C. ETTER ("Plaintiff"), pursuant to this Court's Judgment in a Civil Action (Order) of November 4, 2018 (Doc. 158), hereby files a status report on accounting for the monies distributed to the Class.

1.    On January 25, 2019, Class-settlement.com, the Claims Administrator for this matter, issued and mailed checks in the amount of $313.91 to each settlement class member.

2.    The void date for the settlement checks is April 26, 2019.

3.    Class-settlement.com has advised Plaintiff that it will be able to provide an accounting of all cashed and uncashed and/or returned checks by May 10, 2019.

4.    Plaintiff will file a second status report with a full accounting of the monies distributed to the Class, the amount of any remaining funds, and proposed distribution of those remaining funds on or before May 17, 2019.

5.    Plaintiff attaches a proposed order setting the May 17, 2019 date in which to file a second status report.

Dated:    February 4, 2019

**ANDERSON & WANCA**

By:    Ryan M. Kelly
RYAN M. KELLY *(pro hac vice)*
Attorneys for Plaintiff
JOHN C. ETTER
*Lead Class Counsel*

**SCHUBERT JONCKHEER & KOLBE LLP**

By:    William F. Jonckheer
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
Attorneys for Plaintiff
JOHN C. ETTER
*Class Counsel*

-2-                    Case No. 17-CV-00184-WHA

PLAINTIFF'S STATUS REPORT ON DISTRIBUTION OF FUNDS TO THE CLASS