SCHUBERT JONCKHEER & KOLBE LLP
ROBERT C. SCHUBERT (62684)
WILLEM F. JONCKHEER (178748)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Email: rschubert@sjk.law
Email: wjonckheer@sjk.law
*Local Counsel*

ANDERSON & WANCA
BRIAN J. WANCA *(pro hac vice)*
RYAN M. KELLY *(pro hac vice)*
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Email: bwanca@andersonwanca.com
Email: rkelley@andersonwanca.com
*Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. ETTER, individually and as the representative of a certified class,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE NORTH BROOK INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY OF CALIFORNIA, LOUIS ODIASE and JOHN DOES 1-5,<br><br>Defendants. | Case No. 17-CV-00184-WHA<br><br>**PLAINTIFF'S FINAL STATUS REPORT ON DISTRIBUTION OF FUNDS TO THE CLASS**<br><br>Dist. Judge: Hon. William Alsup |

Plaintiff, JOHN C. ETTER ("Plaintiff"), pursuant to this Court's Order of August 6, 2019 (Doc. 165), hereby files his final report on accounting for the monies distributed to the Class.

1. On June 7, 2019, Class-settlement.com ("Claims Administrator") issued and mailed checks in the amount of $78.56 to each of the 12,175 class members who cashed the original distribution check.

2. The void date for the settlement checks was September 4, 2019.

3. According to the Claims Administrator, a total of 109 checks were returned as undeliverable. New addresses for 71 of those checks were provided or otherwise obtained and those items were remailed.

4. According to the Claims Administrator, $252,986.64 remained in the Settlement Account as the result of uncashed class member checks.

5. Pursuant to this Court's Order, Class-settlement.com has issued a *cy pres* award check to National Consumer Law Center in the amount of $252.986.64.

6. A copy of the Declaration of Dorothy Sue Merryman is attached as Exhibit A.

7. The remaining undistributed attorneys' fees ($796,447.48) remain in the Settlement Fund to be paid upon entry of the Court's final order.

8. Plaintiff attaches a proposed order on the release of payment of the remaining attorney's fees, and completely closing this case file.

Dated: September 11, 2019

Respectfully submitted,

**ANDERSON & WANCA**

By: s/ Ryan M. Kelly
    Ryan M. Kelly

RYAN M. KELLY *(pro hac vice)*
BRIAN J. WANCA *(pro hac vice)*
Attorneys for Plaintiff
JOHN C. ETTER
*Lead Class Counsel*

**SCHUBERT JONCKHEER & KOLBE LLP**

By:  s/William F. Jonckheer
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
Attorneys for Plaintiff
JOHN C. ETTER
*Class Counsel*